**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7001**

---

LATEEF AZEEM LUTALO, formerly known as
Christopher Bernard Carter,

Plaintiff - Appellant,

versus

DEAN WALKER; RICKY ANDERSON; KEITH WHITENER;
SERGEANT WATKINS; ALICE LEONARD; MILLEY
MCKINNEY; RHEA RICKETTS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Shelby. Graham C. Mullen, District Judge. (CA-96-73-4-MU)

---

Submitted: September 20, 1996      Decided: October 2, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Lateef Azeem Lutalo, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant noted this appeal outside the thirty-day appeal period established by Fed. R. App. P. 4(a)(1), failed to obtain an extension of the appeal period within the additional thirty-day period provided by Fed. R. App. P. 4(a)(5), and is not entitled to relief under Fed. R. App. P. 4(a)(6). The time periods established by Fed. R. App. P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). The district court entered its order on Apr. 29, 1996; Appellant's notice of appeal was filed on June 21, 1996. Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED